IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAIBIR SINGH,<br><br>Petitioner,<br><br>vs.<br><br>DAVID EASTERWOOD, Field Office Director, St. Paul Field Office, Immigration and Customs Enforcement, et al.,<br><br>Respondents. | 4:26-CV-3342<br><br>MEMORANDUM AND ORDER CONDITIONALLY GRANTING WRIT OF HABEAS CORPUS |

The petitioner is a noncitizen currently detained by U.S. Immigration and Customs Enforcement in the Lincoln County Jail in North Platte, Nebraska. Filing 1. He seeks a writ of habeas corpus under 28 U.S.C. § 2241, asserting that his detention is unlawful. Filing 1. The Court agrees, and will conditionally grant the petition.

The petitioner is a native of India who entered the United States at or near San Diego on or about April 1, 2024. Filing 9 at 3. He was served with a notice to appear, placed in removal proceedings, and released on recognizance. Filing 9 at 3; filing 9-1; filing 9-2. On September 25, 2026, he was arrested in Dawson County, Nebraska and charged with theft and driving without a CDL. Filing 9 at 3. ICE lodged a detainer and the petitioner was released to ICE custody on September 30, where he remains. Filing 9 at 3-4; filing 9-3.

Because the petitioner was on conditional parole pursuant to 8 U.S.C. § 1226(a)(2)(B) when he was detained, and there is nothing in the record suggesting that any qualifying officer exercised discretion to revoke the petitioner's release, *see* 8 C.F.R. §§ 236.1(c)(9), 1236.1(c)(9), *see also* filing 9-2, the Court will conditionally grant the petition for the reasons articulated by

the undersigned in *Dos Santos Silva v. Warden, Lincoln County Detention Center*, No. 8:26-cv-131, 2026 WL 926725 (D. Neb. Apr. 6, 2026).

IT IS ORDERED:

1. The Petition for Writ of Habeas Corpus (filing 1) is conditionally granted.

2. The government shall provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations **on or before October 22, 2026**.

3. If the government does not provide the petitioner with a bond hearing as required, the petitioner must be immediately released from detention.

4. **On or before October 27, 2026**, the government shall provide the Court with a status update regarding the bond hearing or, if no bond hearing was held, advise the Court regarding the petitioner's release.

Dated this 15th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge